# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KIMBERLY LEE HUBANKS**                                                                **PLAINTIFF**

v.                             **CASE NO. 4:16CV00047 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects. Accordingly, the commissioner's decision is reversed and the case is remanded to the commissioner for further proceedings pursuant to "sentence four." *See* 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 8th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE